UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

# CLERK'S MINUTES

**CASE NUMBER: CR 03-099ML** **DATE: June 30, 2005**

**TITLE: USA v. Hubert C. Johnson**

**U.S. DISTRICT COURT JUDGE MARY M. LISI**

**COURTROOM CLERK: John Duhamel**
**COURT REPORTER: Karen Zinni**
**INTERPRETER:**

IN COURT

---

**COUNSEL PRESENT:** **AUSA Richard W. Rose - Govt**
**Edward C. Roy, Jr. - for Deft**
**Michael Perry - U.S. Probation**

**PROCEEDINGS:** **Re-Sentencing Hearing (on remand from U.S. Court of Appeals)**
**Date of Original Judgment: 8/14/2004**

**Counsel make their sentencing recommendations. Deft exercises his right of allocution. Court imposes sentence: 36 mos' imprisonment as to Counts I through IV (concurrent terms); followed by 3 yrs' supervised release, with special condition that if deft is deported, he is to remain outside of the U.S. for the entire term of his supervised release. The Court reimposes the $400 special assessment & the $3,700.00 restitution order (interest waived), less any payments already paid. No fine is imposed. Deft is advised of his right of appeal. Deft is remanded.**